UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WILLIAM SCHAMP, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNCOAST CREDIT UNION<br><br>Defendant. | Case No. 8:25-CV-02064-KKM-AEP |

### NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*Casanova v. Suncoast Credit Union*, 8:25-CV-01242-WFJ-SPF

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: October 28, 2025

Respectfully submitted,

/s/ *Ara K. Ayvazian*
Melissa N. Madsen
Alfred J. Saikali
SHOOK, HARDY & BACON LLP
201 South Biscayne Blvd., Suite 3200
Miami, FL 33131
Tel: (305) 358-5171
E-Mail: mmadsen@shb.com
asaikali@shb.com

Ara K. Ayvazian
Carolyn ("Libby") Shaw
SHOOK, HARDY & BACON LLP
100 N. Tampa St., Suite 2900
Tampa, Florida 33602
Tel: (813) 202-7100
E-Mail: aayvazian@shb.com
cshaw@shb.com

***Counsel for Defendant***